UNITED STATES BANKRUPTCY COURT

DISTRICT OF MINNESOTA

IN RE:

Bankruptcy No. 15-30105

Rocky Vista Farms, LLC,

    Debtor.

## APPLICATION TO EMPLOY COUNSEL

The Debtor respectfully represents:

1. That on January 14, 2015, the above-named Debtor filed a voluntary petition under Chapter 12 of the United States Bankruptcy Code and an order for relief thereupon issued.

2. The Debtor has continued in possession of the property of this estate after the commencement of the case and is now operating the business and managing the property, pursuant to 12 U.S.C. §1203.

3. The Debtor has selected David C. McLaughlin as counsel because David C. McLaughlin is an experienced attorney having familiarity with Minnesota law and bankruptcy law and is a licensed Minnesota attorney and is a member of the bar in the United States District Court for the District of Minnesota.

4. It is necessary to employ this attorney to render the following professional services to and on behalf of the Debtor:

    a. To give legal advice with respect to the powers and duties of the Debtors in the continued operation of this business and the management of the property of this estate.
    b. To take any necessary actions to avoid liens against the property of the estate or to set aside preferences which may qualify to be avoided or set aside under the bankruptcy code.
    c. To take such other necessary and required action which is deemed by such counsel as ordinary and necessary in such proceedings.

d. To provide representation in connection with any adversary proceedings filed in this Court by various creditors and/or any adversary proceedings required to be filed for the protection and preservation of property of this estate.
e. To prepare necessary applications, motions, answers, responses, orders, reports and other legal papers.
f. To perform any and all other legal services which may be necessary herein, including, but not limited to, drafting and filing a Plan or Plans of Reorganization.
g. To prosecute any and all appeals of any orders deemed necessary to the success of these reorganization proceedings.

5. To the best of your applicant's knowledge, information, and belief, David C. McLaughlin has no connection with the creditors, other parties in interest or any of their respective attorneys, except as disclosed on the affidavits herein.

6. Debtor desires to employ David C. McLaughlin under a general retainer because of the extensive legal services required in connection with these proceedings.

7. That to the best of your applicant's knowledge, information and belief, David C. McLaughlin represents no interest or interests adverse to the Debtor and this estate in the matters upon which said attorney is being engaged, and his employment would be in the best interests of this estate.

8. That, in further support of this Application, the Affidavit of David C. McLaughlin and the appearance forms of David C. McLaughlin are attached hereto.

WHEREFORE, the Debtor respectfully prays this Court to authorize the employment of David C. McLaughlin.

Dated: 1-21-15

Rocky Vista Farms, LLC
By: Keith Winscher, manager

Attorney for Debtor
David C. McLaughlin
Fluegel, Anderson, McLaughlin & Brutlag, Chartered
25 NW 2nd St, Suite 102
Ortonville, MN 56278
320-839-2549

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MINNESOTA

IN RE:

                                                                                                        Bankruptcy No. 15-30105

Rocky Vista Farms, LLC,

       Debtor.

**AFFIDAVIT OF PROPOSED ATTORNEY**

STATE OF MINNESOTA             )
                                            )    ss
COUNTY OF BIG STONE           )

       I, David C. McLaughlin, hereby sworn on oath, states as follows:

       1.       That the affiant is duly admitted to practice in the State of Minnesota and the United States District Court for the District of Minnesota.

       2.       That affiant's offices are at 25 2nd Street Northwest, Suite 102, Ortonville, Minnesota 56278.

       3.       That neither this affiant nor his law firm have an interest or connection with the Debtor, any creditors or any other party in interest herein or their respective attorneys or accountants, the U.S. Trustee or any person employed in the office of United States Trustee.

       4.       That neither this affiant nor his firm has any interest adverse to the Debtor or his estate in the matters which he is to be engaged.

       5.       That from the information and belief which this affiant has in his possession, neither this affiant nor his firm have any conflict which could disqualify said attorney or his firm from proper representation of this estate in these proceedings.

6. That the firm fees are $200.00 per billable hour for work performed.

7. That the Debtor has paid to this firm $1,666.00 as fees prior to filing bankruptcy.

      /s/ David C. McLaughlin  
      David C. McLaughlin

Subscribed and sworn to before me
this 19th day of January, 2015.

/s/ Judeen L. Fuller  
Notary Public  
(NOTARIAL SEAL AFFIXED)

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MINNESOTA

IN RE:

Bankruptcy No. 15-30105

Rocky Vista Farms, LLC,

    Debtor.

**ORDER AUTHORIZING EMPLOYMENT OF ATTORNEY**

Upon application of the Debtor in possession herein to employ David C. McLaughlin;

The Court finding said attorney is qualified to act in such capacity, and that upon the representation of the attorney, there is no interest adverse to the Debtor in possession or to the estate;

<u>IT IS ORDERED</u>

1. That the Debtor in possession is authorized to employ David C. McLaughlin and his firm as his attorney in these proceedings.

2. That the attorney shall be employed under a general retainer with the compensation to the attorney to be fixed by the Court pursuant to Statute.

Entered this ____ day of _____, 2015.

                                                              Kathleen Hvaas Sandberg
                                                              United States Bankruptcy Judge

AFFIDAVIT OF SERVICE

STATE OF MINNESOTA   )
                     ) ss.
COUNTY OF BIG STONE  )

      I, Judeen L. Fuller, of the City of Ortonville, County of Big Stone, State of Minnesota, being duly sworn, state that on the   22nd   day of  January    , 2015, I caused the following document(s):

- APPLICATION TO EMPLOY COUNSEL
- AFFIDAVIT OF PROPOSED ATTORNEY
- PROPOSED ORDER

to be filed electronically with the Clerk of Bankruptcy Court, and the following parties were served by the U.S. Bankruptcy Court via electronic mail at the e-mail address indicated:

- Kyle Carlson     info@carlsonch13mn.com, barnesvillemn13@ecf.epiqsystems.com
- David C. McLaughlin     david.fhmab@midconetwork.com, judy.fhmab@midconetwork.com;lisa.fhmab@midconetwork.com
- US Trustee     ustpregion12.mn.ecf@usdoj.gov

Further, the following parties were served by mailing a true and correct copy thereof, enclosed in an envelope, postage prepaid, and by depositing same in the post office at Ortonville, Minnesota, directed to said parties at:

| | |
|---|---|
| U.S. Trustee's Office<br>1015 U.S. Courthouse<br>300 S. Fourth Street<br>Minneapolis MN  55415 | Kyle Carlson<br>PO Box 519<br>Barnesville MN  56514 |

                                                  /s/ Judeen L. Fuller
                                                Judeen L. Fuller

Subscribed and sworn to before me
this   22nd   day of  January , 2015.

/s/ David C. McLaughlin
Notary Public – Minnesota
My Comm. Expires Jan. 31, 2015
(NOTARIAL SEAL AFFIXED)