UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Rocky Vista Farms, LLC,

        Debtor.

ORDER APPROVING
EMPLOYMENT OF ATTORNEYS

BKY 15-30105

At Minneapolis, Minnesota, February 19, 2015.

       Based on the application filed on January 22, 2015, by the debtor in possession pursuant to 11 U.S.C. § 327(a);

       IT IS ORDERED: The employment by the debtor in possession of David C. McLaughlin to represent the debtor in possession in carrying out its duties under Title 11 is approved.

/e/ Kathleen H. Sanberg
_____
KATHLEEN H. SANBERG
UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *02/19/2015*
Lori Vosejpka, Clerk, by LH